IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: TAMARA DUPREE                        )
                                            )
Saxon Mortgage Services /FV-1, Inc.         )
in trust for Morgan Stanley Mortgage        )
Capital Holdings LLC,                       )
            Creditor,                       )
                                            )
    vs.                                     ) CASE NO. 09B46369
                                            ) JUDGE Eugene R. Wedoff
TAMARA DUPREE,                              )
            Debtor                          )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Saxon Mortgage Services /FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The following is an itemization of the amounts due on the loan as of November 29, 2010:

    |   |   |
    |---|---|
    | a. Attorney's Fees | $250.00 |
    | b. BPO | $179.40 |
    | c. Property Inspection | $42.00 |
    | d. Prior BK Fees | $500.00 |
    | e. Suspense | ($11.35) |
    | Total | $960.05 |

    If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Saxon Mortgage Services /FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC rights to collect these amounts will be unaffected.

Respectfully Submitted,
Saxon Mortgage Services /FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088